# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jawann Rashad Gary                     Docket No. 7:08-CR-24-1BO

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jawann Rashad Gary, who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 30, 2008, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the conditions adopted by the court.

Jawann Rashad Gary was released from custody on November 21, 2012, at which time the term of supervised release commenced.

On August 8, 2013, the court was apprised the releasee had used marijuana on July 17, 2013, and agreed to hold the violation in abeyance and allow the releasee to participate in substance abuse treatment.

On October 30, 2013, the court was apprised the releasee had used cocaine on October 3 and October 22, 2013. The court modified the releasee's conditions to include two (2) weekends in jail.

On January 6, 2015, the court was apprised the releasee had used marijuana and morphine. The court modified the releasee's conditions to include a mental health condition so the releasee could have a psychiatric evaluation completed to determine the need for medication.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 21, 2015, the releasee submitted a urine specimen which revealed a positive result for morphine. Upon questioning the releasee, he admitted to taking pain pills to help him feel better. He stated that his wife left him at the end of March and took their newborn daughter with her. She did not tell him where she was at for several days. The thought of losing his family caused him to be distraught. He started drinking alcohol and then turned to opiate abuse to cope.

The releasee admitted to having a drug problem and requested intensive help. On May 5, 2015, following a therapy session with his therapist, the releasee was accepted into the Opiate Treatment Program. This program requires the releasee to report to the facility for daily administration of buprenorphine medication and to participate in an intensive outpatient treatment program (IOP). The IOP program consists of group therapy 3 days a week (3 hours a day), for a total of 9 hours of therapy per week.

Jawann Rashad Gary
Docket No. 7:08-CR-24-1BO
Petition For Action
Page 2

Based on the releasee's motivation to get drug free it is recommended that he be allowed to participate in the intensive substance abuse treatment program and continue on supervision. Recent contact with his therapist verified he has been attending treatment as required. As a consequence for his violation behavior, it is recommended that he participate in the Moral Reconation Treatment Program at the probation office. This cognitive behavioral based program will assist him in learning better coping skills as well as making rational decisions in the future. The releasee's urinalysis will be intensified to monitor future drug use.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 2, 2015

### ORDER OF COURT

Considered and ordered this 3 day of June, 2015, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge