UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-024-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| JAWANN RASHAD GARY | ) | |

Upon the Government's motion, and for good cause shown, the Government's motion to continue the final hearing regarding revocation of supervised release in this case, until the November, 2015, term of court is ALLOWED.

SO ORDERED.

This __8__ day of October, 2015.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge

1